# CLERK'S OFFICE

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

August 19, 2004

| | | |
|---|---|---|
| THE LABORERS' DISTRICT COUNCIL<br>CONSTRUCTION INDUSTRY PENSION FUND<br>ET AL | : | CIVIL ACTION |
| v. | : | |
| MSM BUILDERS | : | NO. 02-CV-5023 |

There was entered on the docket  July 19, 2004

an order (notice) dismissing this case pursuant to Local Rule 41.1(a).

_____
JAMES DEITZ ,DEPUTY CLERK

A.O. No. 145